NICOLE L. ZIEGELMEYER, Appellant, v UNITED STATES OLYMPIC COMMITTEE et al., Respondents.

Submitted July 17, 2006; decided August 29, 2006

Motion to dismiss appeal denied.